UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

|                                         |                                         |
|-----------------------------------------|-----------------------------------------|
| Plaintiff,                              | Case No.                                |
| vs.                                     |                                         |
| COMISSIONER OF SOCIAL SECURITY,         | District Judge                          |
| Defendants.                             | Magistrate Judge Michael J. Newman      |

**ORDER**
_____

This Social Security disability appeal is before the Court on Plaintiff's complaint. On appeal before this Court, the parties are **ORDERED** to meet and confer within **seven (7) days** from the entry of this Order to determine among counsel and the parties only whether consent to the undersigned is unanimous and, if so, to file the appropriate consent form which can be found at http://www.uscourts.gov/sites/default/files/ao085.pdf (also attached hereto). Consent is voluntary and any party may withhold consent for any reason without adverse consequence.

The parties are directed to the Seventh Amended Magistrate Judge's General Order No. 11 (effective 4/26/16), which can be found on the Court's website at the following address: http://www.ohsd.uscourts.gov/content/general-orders-ohio-southern-district. As set forth in General Order 11, all citations to the administrative record must reference the PageID.

The parties in this case are hereby **GRANTED** leave to stipulate to extensions of time of up to 28 days to file each of the following documents in this case: (1) Plaintiff's Statement of Errors; (2) the Commissioner's memorandum in opposition, and (3) Plaintiff's reply memorandum. Additional extensions of time, or any extensions of time in excess of 28 days,

must be supported by good cause and approved by the Court. Requests for extensions in excess of 28 days on conclusory grounds (e.g., "heavy caseload" or "press of business") may be denied.

Prior to filing a memorandum in opposition to Plaintiff's Statement of Errors, the Commissioner is **ORDERED** to determine whether remand is appropriate and, if so, shall file a motion for remand in lieu of a memorandum in opposition.

**IT IS SO ORDERED.**

Date: _____

s/ Michael J. Newman
Michael J. Newman
United States Magistrate Judge

AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| *Defendant* | ) |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.